**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| RANDOLPH, WAYNE LEANDER    xxx-xx-5876 | ) | |
| RANDOLPH, SANDRA LYNN    xxx-xx-2219 | ) | |
| 9687 CHERRY GROVE RD | ) | No:   16-10838   C-13G |
| REIDSVILLE, NC 27320 | ) | |
| | ) | |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed March 10, 2017. On February 20, 2019 a Notice of Post-Petition Mortgage Fees, Expenses and Charges was filed in reference to Claim 9 by Ditech Financial, LLC for post-petition insurance advances in the amount of $201.30 for insurance coverage for the period January 1, 2019 through February 11, 2019. The Trustee recommends that an Order be entered scheduling the Notice of Post-Petition Mortgage Fees, Expenses and Charges as a post-petition insurance claim in the amount of $201.30 to be paid in full as funds are available.

Date:  March 15, 2019                                                                                           s/Anita Jo Kinlaw Troxler
AJKT:lac                                                                                                               Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  April 18, 2019  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  May 7, 2019  at 2:00 p.m., in the following location:

*Courtroom #1*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **March 19, 2019**                                                                                     OFFICE OF THE CLERK
                                                                                                                                U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
16-10838 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

WAYNE LEANDER RANDOLPH
9687 CHERRY GROVE RD
REIDSVILLE, NC 27320

SANDRA LYNN RANDOLPH
9687 CHERRY GROVE RD
REIDSVILLE, NC 27320

SHERRI LYNN HAMLETT ESQ
P O DRAWER 59
BURLINGTON, NC 27216

ATTN: OFFICER **(Not on Matrix)**
U.S. BANK, N.A. AS TRUSTEE
C/O DITECH FINANCIAL LLC
PO BOX 6154
RAPID CITY, SD 57709−6154