**SO ORDERED.**

**SIGNED this 25th day of April, 2019.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE



---

C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| RANDOLPH, WAYNE LEANDER    xxx-xx-5876 | ) | |
| RANDOLPH, SANDRA LYNN    xxx-xx-2219 | ) | |
| 9687 CHERRY GROVE RD | ) | No:   16-10838   C-13G |
| REIDSVILLE, NC 27320 | ) | |
| | ) | |
| Debtors | ) | |

### ORDER

    This matter coming before the Court upon the motion of Anita Jo Kinlaw Troxler, Trustee for the above-referenced Debtors, for an Order to be entered scheduling the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed February 20, 2019 in reference to Claim 9 by Ditech Financial, LLC for post-petition insurance advances in the amount of $201.30 for insurance coverage for the period January 1, 2019 through February 11, 2019 as a post-petition insurance claim in the amount of $201.30 to be paid in full as funds are available; and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 19, 2019 by the Clerk of Court setting April 18, 2019 as the deadline for filing objections to the motion and the Court, after considering the motion, finds the motion should be allowed; therefore, it is

    ORDERED, that the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed February 20, 2019 in reference to Claim 9 by Ditech Financial, LLC is scheduled as a post-petition insurance claim in the amount of $201.30 to be paid in full as funds are available.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
16-10838 C-13G

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27402-1720

WAYNE LEANDER RANDOLPH
9687 CHERRY GROVE RD
REIDSVILLE, NC 27320

SANDRA LYNN RANDOLPH
9687 CHERRY GROVE RD
REIDSVILLE, NC 27320

SHERRI LYNN HAMLETT ESQ
P O DRAWER 59
BURLINGTON, NC 27216

ATTN:  OFFICER **(Not on Matrix)**
U.S. BANK, N.A. AS TRUSTEE
C/O DITECH FINANCIAL LLC
PO BOX 6154
RAPID CITY, SD 57709−6154